UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
LAWRENCE YOUNG, *individually and on behalf* :
*of all other persons similarly situated*,  :
                                     :
              Plaintiff,             :         ORDER
                                     :
       -against-                     :         18 Civ. 2809 (GBD)
                                     :
ALLIANZ LIFE FINANCIAL SERVICES, LLC, :
and ALLIANZ LIFE INSURANCE COMPANY   :
OF NEW YORK,                         :
                                     :
              Defendants.            :
------------------------------------ x



GEORGE B. DANIELS, United States District Judge:

This Court having been advised by the parties that they have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

The conference previously scheduled for September 6, 2018, is adjourned *sine die*.

Dated: July 30, 2018
       New York, New York

                                   SO ORDERED.

                                   *George B. Daniels*
                                   GEORGE B. DANIELS
                                   United States District Judge